Bolanz *et al. v.* Citizens' Building, Loan and Savings Association.

Filed May 1, 1895.

---

### No. 17,314.

### KENOWER ET AL. *v.* THE CITIZENS' BUILDING, LOAN AND SAVINGS ASSOCIATION.

From the Huntington Circuit Court.

*J. M. Hatfield, M. L. Spencer* and *W. A. Branyan,* for appellants.

*J. B. Kenner* and *U. S. Lesh,* for appellee.

JORDAN, J.—The record in the case at bar presents the same points for the determination of this court as were heard and decided in the cause of *Wohlford v. Citizens' Building, etc., Assn.,* 140 Ind. 662, and upon the authority of that case the judgment in this appeal is affirmed, with cost.

Filed May 15, 1895.

---

### No. 17,336.

### BOLANZ ET AL. *v.* CITIZENS' BUILDING, LOAN AND SAVINGS ASSOCIATION.

From the Huntington Circuit Court.

*J. M. Hatfield, M. L. Spencer* and *W. A. Branyan,* for appellants.

*J. B. Kenner* and *U. S. Lesh,* for appellee.

JORDAN, J.—This appeal presents substantially the same questions heard and determined in the cause of *Wohlford v. Citizens' Building, etc., Assn.,* 140 Ind. 662. It follows, therefore, that upon the authority of the opinion in that case the judgment herein ought to be affirmed.

Judgment affirmed, with cost.

Filed June 5, 1895.